```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

COREY ALAN BENNETT,            )
                               )
        Plaintiff              )
                               )    No. 3:15-0505
v.                             )    Judge Campbell/Bryant
                               )    **Jury Demand**
BRUCE WESTBROOKS, *et al.*,    )
                               )
        Defendants             )

**TO:    THE HONORABLE TODD J. CAMPBELL**

### REPORT AND RECOMMENDATION

Plaintiff Corey Alan Bennett, a prisoner proceeding *pro se* and *in forma pauperis*, has filed his motion to voluntarily dismiss (Docket Entry No. 95). By this motion Plaintiff Bennett seeks to dismiss voluntarily his complaint against all Defendants.

It appears from the record that no Defendant has yet filed either an answer or a motion for summary judgment. Therefore, the undersigned Magistrate Judge finds that Plaintiff Bennett's motion to dismiss voluntarily his complaint should be granted pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

### RECOMMENDATION

For the reasons stated above, the undersigned recommends that Plaintiff Bennett's motion to dismiss his complaint (Docket Entry No. 95) be granted and that the complaint be dismissed.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed

in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

    **ENTER** this 15th day of September, 2015.

/s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge