# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

COREY ALAN BENNETT                          )
                                            )
v.                                          ) NO. 3-15-0505
                                            ) JUDGE CAMPBELL
BRUCE WESTBROOKS, et al.                     )


## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 96), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Voluntarily Dismiss his Complaint (Docket No. 95) is GRANTED, and this action is DISMISSED. Defendants' Motion to Dismiss (Docket No. 85) is DENIED as moot.

The Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE